Kevin T. Cauley (SBN 105082)
kevin@sscelaw.com
Joshua R. Gilbert (SBN 327123)
joshua@sscelaw.com
**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**
101 West Broadway, Suite 810
San Diego, California 92101
Telephone: (619) 236-8821
Facsimile: (619) 236-8827

Attorneys for Plaintiff
PGC CONSTRUCTION, INC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of:<br><br>PGC CONSTRUCTION, INC., a California corporation,<br><br>      Plaintiff,<br><br>v.<br><br>RAL INVESTMENT CORPORATION, a California corporation dba SILVERSTRAND CONSTRUCTION a division of RAL INVESTMENT CORPORATION also dba SILVERSTRAND SPECIALTIES; THE HANOVER INSURANCE COMPANY, a New Hampshire corporation; and DOES 1-100, inclusive,<br><br>      Defendants. | CASE NO. 5:24-cv-01810 MWF-SHK<br><br>**NOTICE OF SETTLEMENT** |

      Notice is hereby given that the parties have settled this matter. The parties anticipate filing a stipulation for dismissal with the Court within the next thirty (30) days.

///

1

NOTICE OF SETTLEMENT

1     The parties request the Court retain jurisdiction of this case during said
2 thirty (30) day period.

Dated: January 13, 2025                                SCHWARTZ SEMERDJIAN
                                                                   CAULEY SCHENA & BUSH, LLP

                                                           By: /s/ *Kevin T. Cauley*
                                                                Kevin T. Cauley, Esq.
                                                                Joshua R. Gilbert, Esq.
                                                                SCHWARTZ SEMERDJIAN
                                                                CAULEY SCHENA & BUSH LLP
                                                                101 W Broadway, Suite 810
                                                                San Diego, CA 92101
                                                                619-236-8821
                                                                kevin@sscelaw.com
                                                                joshua@sscelaw.com
                                                                Attorneys for Plaintiff PGC
                                                                CONSTRUCTION, INC.

NOTICE OF SETTLEMENT