| | |
|---|---|
| 1 | Kevin T. Cauley (SBN 105082) |
| 2 | kevin@sscelaw.com |
| | Joshua R. Gilbert (SBN 327123) |
| 3 | joshua@sscelaw.com |
| | **SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP** |
| 4 | 101 West Broadway, Suite 810 |
| | San Diego, California 92101 |
| 5 | Telephone: (619) 236-8821 |
| | Facsimile: (619) 236-8827 |
| 6 | Attorneys for Plaintiff |
| 7 | PGC CONSTRUCTION, INC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of:<br><br>PGC CONSTRUCTION, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>RAL INVESTMENT CORPORATION, a California corporation dba SILVERSTRAND CONSTRUCTION a division of RAL INVESTMENT CORPORATION also dba SILVERSTRAND SPECIALTIES; THE HANOVER INSURANCE COMPANY, a New Hampshire corporation; and DOES 1-100, inclusive,<br><br>  Defendants. | CASE NO. 5:24-cv-01810 MWF-SHK<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br>**FRCP 41(a)(1)(a)(ii)]** |

1

**JOINT STIPULATION OF DISMISSAL**

1  IT IS HEREBY STIPULATED, by and between Plaintiff PGC
2  CONSTRUCTION, INC., Defendant RAL INVESTMENT CORPORATION doing
3  business as SILVERSTRAND CONSTRUCTION, and Defendant THE
4  HANOVER INSURANCE COMPANY, by and through their attorneys of record,
5  that the parties have settled their dispute and request that the above-captioned action
6  shall be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil
7  Procedure 41(a)(1)(A)(ii). Each party shall bear its and their own attorney's fees
8  and costs.
9  IT IS SO STIPULATED.

18  ///
19  ///
20  ///

2
**JOINT STIPULATION OF DISMISSAL**

| | | |
|---|---|---|
| 1 | Dated: January 21, 2025 | SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH, LLP |
| 2 | | |
| 3 | | By: _/s/ Kevin T. Cauley_ |
| 4 | | Kevin T. Cauley, Esq. |
| | | Joshua R. Gilbert, Esq. |
| 5 | | SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP |
| 6 | | 101 W Broadway, Suite 810 |
| | | San Diego, CA 92101 |
| 7 | | 619-236-8821 |
| | | kevin@sscelaw.com |
| 8 | | joshua@sscelaw.com |
| | | Attorneys for Plaintiff PGC |
| 9 | | CONSTRUCTION, INC. |
| 10 | Dated: January 21, 2025 | FENNEMORE LLP |
| 11 | | |
| 12 | | |
| | | By: _/s/ Shay U. Kulkarni_ |
| 13 | | Shay U. Kulkarni, Esq. |
| | | Xenia Tashlitsky, Esq. |
| 14 | | FENNEMORE LLP |
| | | 600 B Street, 17th Floor |
| 15 | | San Diego, CA 92101 |
| | | Telephone: 619.233.4100 |
| 16 | | Fax: 619.231.4372 |
| | | skulkarni@fennemorelaw.com |
| 17 | | xtashlitsky@fennemorelaw.com |
| | | Attorneys for Defendant RAL |
| 18 | | INVESTMENT CORPORATION |
| | | dba SILVERSTRAND |
| 19 | | CONSTRUCTION |
| 20 | Dated: January 21, 2025 | GREELEY LAW, APC |
| 21 | | |
| 22 | | By: _/s/ David M. Greeley_ |
| 23 | | David M. Greeley, Esq. |
| | | 1350 Columbia Street, Suite 403 |
| 24 | | San Diego, CA 92101 |
| | | Telephone (619) 658-0462 |
| 25 | | david@greeley.law |
| | | Attorneys for Defendant THE |
| 26 | | HANOVER INSURANCE COMPANY |
| 27 | | |
| 28 | | |

3

**JOINT STIPULATION OF DISMISSAL**